April 15, 1983.

459 A.2d 24

Commonwealth v. Barnes, Appellant.
Petition for Allowance of Appeal
Denied Aug. 30, 1983.

Submitted September 8, 1982. Barry H. Denker, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.

459 A.2d 25

Commonwealth v. Groft, Appellant.
Petition for Allowance of Appeal
Denied Sept. 19, 1983.

Argued January 26, 1983. Morrison B. Williams, for appellant; Douglas H. Gent, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, CIRILLO and WATKINS, JJ.

Judgment of sentence affirmed.